# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:
>  ALEJANDRO VAZQUEZ
>  SANDRA VAZQUEZ
>  Debtor(s)

Case No. 11-19296

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/05/2011.

2) The plan was confirmed on 07/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/31/2012, 07/22/2013.

5) The case was dismissed on 10/25/2013.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,930.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $14,470.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$14,470.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $577.46 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,577.46** |

Attorney fees paid and disclosed by debtor:          $500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A1 COLLECTIONS SERV | Unsecured | 734.00 | NA | NA | 0.00 | 0.00 |
| ABC CREDIT & RECOVERY | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 7,496.00 | NA | NA | 0.00 | 0.00 |
| ADVENTISTS | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| ALLIED DATA CORP | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,704.00 | 1,628.12 | 1,628.12 | 1,475.34 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 153.43 | 153.43 | 139.03 | 0.00 |
| AVON PRODUCTS | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| BOLINGBROOK HOSPITAL | Unsecured | 32.25 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 634.00 | 515.16 | 515.16 | 466.82 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| CRS/COLLECTION AGENCY | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| DRYER MEDICAL CLINIC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE NEONATOLOGY ASSOC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIOLOGI | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 777.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYSIC | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE FINANCIAL SOLUTION | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| GRANT KONVALINKA & HARRISON | Unsecured | 1,125.00 | NA | NA | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL | Secured | 25,000.00 | 1,414.27 | 1,414.27 | 1,414.27 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HOMEWARD RESIDENTIAL | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| LOCKPORT TOWNSHIP | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 740.00 | 959.94 | 959.94 | 869.86 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 794.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 509.00 | 541.48 | 541.48 | 490.67 | 0.00 |
| NORTHERN ILLINOIS UNIVERSITY | Unsecured | 2,304.00 | 2,636.18 | 2,636.18 | 2,388.80 | 0.00 |
| PEDIATRIC HEALTH ASSOC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD SCHOOL DISTRICT 202 | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD SCHOOL DISTRICT 202 | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD SCHOOL DISTRICT 202 | Unsecured | 1,130.00 | NA | NA | 0.00 | 0.00 |
| PM MUSIC CENTER | Unsecured | 734.00 | NA | NA | 0.00 | 0.00 |
| PRO REC SYS | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 2,325.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 4,518.00 | 4,518.00 | 3,977.29 | 3,343.60 | 304.15 |
| ST JOSEPH HOSPITAL | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| STUART ALLAN & ASSOCIATES | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN MATERNAL MEDICINE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLOGIST | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| TAKE CARE HEALTH | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,414.27 | $1,414.27 | $0.00 |
| Debt Secured by Vehicle | $3,977.29 | $3,343.60 | $304.15 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,391.56** | **$4,757.87** | **$304.15** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$6,434.31** | **$5,830.52** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,577.46 |
| Disbursements to Creditors | $10,892.54 |
| | |
| **TOTAL DISBURSEMENTS** : | **$14,470.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/30/2013                    By: /s/ Glenn Stearns

Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**